UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                   Case No. 3:19-CR-30003-001

ZACHERY LEE MANNING                                                                    DEFENDANT

## **ORDER**

As ordered from the bench in the sentencing hearing conducted this same day, the Court ADOPTS the report and recommendation (Doc. 264) entered in this case and accepts defendant's plea of guilty to Counts 11 and 15 of the indictment.

IT IS SO ORDERED this August 11, 2020.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
U.S. DISTRICT JUDGE